UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOSEPH ROBERT CHRYST, | Civil No. 18-456 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

---

Stephanie M. Balmer, **FALSANI, BALMER, PETERSON & BALMER,** 1200 Alworth Building, 306 West Superior Street, Duluth, MN 55802, for plaintiff.

James D. Sides, **SSA/OGC,** 1301 Young Street, Suite 702a, Dallas, TX 75202, Pamela Marentette, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 28, 2019 (Docket No. 17), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 12) is **DENIED**; and

2. Commissioner's Motion for Summary Judgment (Docket No. 15) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 20, 2019
at Minneapolis, Minnesota

                                                                        s/John R. Tunheim
                                                                         JOHN R. TUNHEIM
                                                                         Chief Judge
                                                                         United States District Court